UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MITCHEL DAVIS,

    Plaintiff,

v.

                      File no: 1:23-cv-229

                      HON. ROBERT J. JONKER

ASCENSION BORGESS HOSPITAL, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 20, 2023 (ECF No. 8). The Report and Recommendation was duly served on the parties.1 No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 8) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:   April 20, 2023                /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE

---

1 The Report and Recommendation was originally mailed to Plaintiff on March 20, 2023. It was remailed to him on March 22, 2023, after the Court was notified by Plaintiff of his new address.